EDWARD TRAVIS ET AL. *v.* DONALD ST. JOHN

The plaintiffs' motion for review is granted and the order of the trial referee dated June 3, 1976, is overruled.

*Peter J. Strassberger,* in support of the motion.

Submitted September 7—decided September 22, 1976

RICHARD W. GRONBACK ET AL. *v.* LOUIS
SCHIEFERDECKER ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Middlesex County is granted unless the plaintiffs on or before October 15, 1976, comply strictly with the provisions of § 608A of the rules of practice.

*Edward S. Domnarski, Jr.,* for the appellees (defendants).

*John T. Cummiskey, Jr.,* for the appellants (plaintiffs).

Argued October 5—decided October 5, 1976

WINDHAM HEIGHTS ASSOCIATES *v.* TOWN OF WINDHAM

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Windham County is denied.

*Rolland Castleman,* for the appellee (plaintiff).

*John A. Spector,* for the appellant (defendant).